| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Steele, William H | 2. Court or Organization  US District-So. Dist. Of AL | 3. Date of Report  5/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  US District Judge-Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  113 St. Joseph Street  Mobile  AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 31 A 11:30 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 12-31-04 | Church Reader Fees | 1335 |
| 2. | 12/31/04 | Musician Fees | 970 |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 12-31-04 | City of Mobile, Alabama |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Growth Fund of America | A | Dividend | K | T | Buy | 07/06 | | | |
| 2. AmSouth Bank Account | A | Interest | K | T | | | | | |
| 3. Fidelity Puritan | A | Dividend | J | T | | | | | |
| 4. Public Employees Benefit Service Co. | D | Dividend | M | T | Buy | 12/31 | J | | |
| 5. *AG Edwards (IRA) | | None | J | T | | | | | |
| 6. - SunAmerica Blue Chip Fund Class B | | | | | | | | | |
| 7. - Resources Accrued Mortgage Limited Partnership | | | | | | | | | |
| 8. - Putnam International New Opportunities | | | | | | | | | |
| 9. - Grey Wolf Inc | | | | | | | | | |
| 10. *Legg Mason (IRA) | B | Dividend | L | T | | | | | |
| 11. - Alliance Premier Growth | | | | | | | | | |
| 12. - Alliance Technology | | | | | | | | | |
| 13. - John Hancock Regional Bank | | | | | | | | | |
| 14. - Alliance Real Estate Investment Fund | | | | | | | | | |
| 15. - Strategic Partners Equity | | | | | | | | | |
| 16. AMCAP Fund | A | Dividend | L | T | | | | | |
| 17. Putnam Voyager | | None | K | T | | | | | |
| 18. Templeton Foreign | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. John Hancock Financial Industries | A | Dividend | J | T | | | | | |
| 20. Mutual Shares | A | Dividend | K | T | | | | | |
| 21. Alliance Premier Growth | | None | J | T | | | | | |
| 22. Hewlett-Packard (previously Compaq Computer Corp.) | | None | J | T | | | | | |
| 23. Putnam Allstate Advisor (Annuity) | | None | N | T | | | | | |
| 24. Gulf Coast Federal Credit Union | A | Interest | K | T | | | | | |
| 25. Steele Enterprises LLC | | None | M | U | | | | | |
| 26. Putnam FD for Growth & Income | A | Dividend | K | T | | | | | |
| 27. Putnam Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 28. AOL Time Warner | | None | J | T | | | | | |
| 29. Putnam Small Cap | A | Dividend | J | T | | | | | |
| 30. PLC Capital | A | Interest | | | Sell | 07/06 | J | A | |
| 31. Georgia Power | A | Interest | | | Sell | 07/06 | K | A | |
| 32. Fidelity Adv Emerging Markets Income Fund | B | Dividend | J | T | | | | | |
| 33. PIMCO High Income Fund | B | Dividend | J | T | | | | | |
| 34. *Estate (IRA) (X) | | None | N | T | | | | | |
| 35. - AT&T Corp. | | | | | | | | | |
| 36. - AT&T Wireless | | | | | | | | | |



1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 5/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - CML Group | | | | | | | | | |
| 38. - Comcast Corp. | | | | | | | | | |
| 39. - Enterasys Networks Inc. | | | | | | | | | |
| 40. - Riverstone Networks Inc | | | | | | | | | |
| 41. - FT E-Business Portfolio | | | | | | | | | |
| 42. - AIM Funds Group-Aggressive | | | | | | | | | |
| 43. - AIM Funds Group-Premier Eq. | | | | | | | | | |
| 44. - Putnam Intl. New Opportunities | | | | | | | | | |
| 45. - Putnam New Opportunities | | | | | | | | | |
| 46. - Putnam Vista Fund | | | | | | | | | |
| 47. - Putnam Voyager Fund | | | | | | | | | |
| 48. - FT Biotechnology Growth | | | | | | | | | |
| 49. Estate Investments (X) | B | Dividend | N | T | | | | | |
| 50. - Centennial Money Market | | | | | | | | | |
| 51. - ADC Telecommunications | | | | | | | | | |
| 52. - Atmel Corp. | | | | | | | | | |
| 53. - Cisco Systems | | | | | | | | | |
| 54. - EMC Corp. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| A. | | | | | | | | If | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | (3) | (4) |
| | | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Steele, William H | 5/20/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.3 - Additional shares were purchased in 2004.

VII.6 - Appraisal date 12/31/04.

VII.24 - It is not anticipated that any income will be derived from the LLC. All income will be realized by the manager.

VII.33-64 - Investments were inherited on 8/06/04.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Steele, William H | 5/20/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/20/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544